FILED
2007 SEP 25 PM 2: 49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF ROBIN MEMBER, <br> Plaintiffs, <br> v. <br><br> 320 SOUTH CEDROS LLC; COLES OF LA JOLLA d.b.a. COLES DISCOUNT CARPET; COLES HOLDING CO, INC.; GEORGE H. COLES TRUST; And DOES 1 THROUGH 10, Inclusive <br> Defendants. | Case No.: 06cv2466 W (NLS) <br><br> ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY <br><br> [Fed.R.Civ.P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to the Joint Motion For Dismissal on file herein, that Defendants 320 SOUTH CEDROS LLC; COLES OF LA JOLLA d.b.a. COLES DISCOUNT CARPET; COLES HOLDING CO, INC.; and GEORGE H. COLES TRUST are dismissed with prejudice from Plaintiffs' Complaint. Additionally, Plaintiffs Complaint is dismissed with prejudice in its entirety. The Clerk shall close the case file.

IT IS SO ORDERED.

Dated: 9/25/07

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE

1   Case Number: 06cv2466 W (NLS)

Document Date: September 17, 2007